GREGORY A. BRAY (Bar No. 115367)
gbray@milbank.com
MARK SHINDERMAN (Bar No. 136644)
mshinderman@milbank.com
JAMES C. BEHRENS (Bar No. 280365)
jbehrens@milbank.com
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000/Facsimile: (213) 629-5063

*Counsel for the Official Committee of
Unsecured Creditors of Verity Health System of
California, Inc., et al.*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| In re:<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,[1]<br><br>Debtors and Debtors In Possession. | District Court Case Number:<br><br>2:19-cv-00133-DMG<br><br>Bankruptcy Court Lead Case Number:<br><br>2:18-bk-20151-ER<br><br>Adversary Case Number: N/A |
| Xavier Becerra<br>Attorney General of California,<br><br>Appellant,<br><br>v.<br><br>County of Santa Clara, Verity Health System of California, Inc., et al., and Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al.<br><br>Appellees. | **NOTICE OF CHANGE OF FIRM NAME** |

---

[1] The other Debtors in the chapter 11 cases, being jointly administered under Lead Case No. 2:18-bk-20151-ER, are O'Connor Hospital 2:18-bk-20168-ER, Saint Louise Regional Hospital 2:18-bk-20162-ER, St. Francis Medical Center 2:18-cv-20165-ER, St. Vincent Medical Center 2:18-bk-20164-ER, Seton Medical Center 2:18-cv-20167-ER, O'Connor Hospital Foundation 2:18-bk-20179-ER, Saint Louise Regional Hospital Foundation 2:18-cv-20172-ER, St. Francis Medical Center of Lynwood Foundation 2:18-cv-20178-ER, St. Vincent Foundation 2:18-cv-20180-ER, St. Vincent Dialysis Center, Inc. 2:18-cv-20171- ER Seton Medical Center Foundation 12:8-cv-20175-ER, Verity Business Services 2:18-cv-20173-ER, Verity Medical Foundation 2:18-cv-20169-ER, Verity Holdings, LLC 2:18-cv-20163-ER, DePaul Ventures, LLC 2:18-cv-20176-ER, and DePaul Ventures - San Jose Dialysis, LLC 2:18-cv-20181-ER.

PLEASE TAKE NOTICE that effective February 19, 2019, the law firm Milbank, Tweed, Hadley & McCloy LLP has changed its name to Milbank LLP.  The office address and all of the email addresses, telephone numbers, and facsimile numbers affiliated with the Los Angeles office of Milbank LLP will remain the same.

DATED:  February 20, 2019

MILBANK LLP

___/s/ James C. Behrens___
GREGORY A. BRAY
MARK SHINDERMAN
JAMES C. BEHRENS

Counsel for the Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al.