SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 66893)
john.moe@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Debtors, Appellees
Verity Health System of California, Inc., et al.

J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| In re:<br><br>Verity Health System Of California, Inc., et al.,[1]<br><br>Debtors and Debtors In Possession. | District Court Case No.:<br><br>2:19-cv-00133-RGK<br><br>Bankruptcy Court Lead Case No.:<br><br>2:18-bk-20151-ER |
| Xavier Becerra<br>Attorney General of California,<br><br>Appellant.<br>v.<br><br>Verity Health System of California, Inc., et al.<br>Appellee. | Hon. R. Gary Klausner<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF AN ORDER TO DISMISS APPEAL** |

---

[1] The other Debtors in the chapter 11 cases, being jointly administered under Lead Case No. 2:18-bk-20151-ER, are O'Connor Hospital 2:18-bk-20168-ER, Saint Louise Regional Hospital 2:18-bk-20162-ER, St. Francis Medical Center 2:18-cv-20165-ER, St. Vincent Medical Center 2:18-bk-20164-ER, Seton Medical Center 2:18-cv-20167-ER, O'Connor Hospital Foundation 2:18-bk-20179-ER, Saint Louise Regional Hospital Foundation 2:18-cv-20172-ER, St. Francis Medical Center of Lynwood Foundation 2:18-cv-20178-ER, St. Vincent Foundation 2:18-cv-20180-ER, St. Vincent Dialysis Center, Inc. 2:18-cv-20171-ER, Seton Medical Center Foundation 12:8-cv-20175-ER, Verity Business Services 2:18-cv-20173-ER, Verity Medical Foundation 2:18-cv-20169-ER, Verity Holdings, LLC 2:18-cv-20163-ER, DePaul Ventures, LLC 2:18-cv-20176-ER, and DePaul Ventures - San Jose Dialysis, LLC 2:18-cv-20181-ER.

1

110497123\V-3

The *Stipulation for Entry of an Order to Dismiss Appeal* (the "Stipulation") [Docket No. 40] as entered between appellee Verity Health System Of California, Inc. and the above-referenced affiliated debtors, debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases (collectively, the "Debtors"), and appellant the Attorney General of California (the "AG") came for consideration before the Court.

The Court, having reviewed the Stipulation, the attached Declartion of John A. Moe, II, in support thereof, and good and sufficient cause having been shown,

**IT IS HEREBY ORDERED:**

1. The STIPULATION is APPROVED and GRANTED;

2. The Appeal is DISMISSED; and

3. The Parties shall each bear their own costs, fees and expenses in relation to this Appeal.

**IT IS SO ORDERED.**

Dated: April 03, 2019

_____
Honorable R. Gary Klausner
U.S. District Judge

110497123\V-3